# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID SHU, AN INDIVIDUAL,
                Appellant,
        vs.
RICHMOND AMERICAN HOMES OF
NEVADA, INC., A COLORADO
CORPORATION,
              Respondent.

No. 76014



FILED

JUN 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying appellant's motion for partial summary judgment. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

Our review of the documents before this court reveals a jurisdictional defect. This court only has appellate jurisdiction when an appeal is authorized by statute or court rule. *See* NRAP 3A(b); *Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). No appeal lies from an order denying a motion for summary judgment. *D.R. Horton, Inc. v. Dist. Ct.*, 125 Nev. 449, 454, 215 P.3d 697, 700 (2009) (*citing GES, Inc. v. Corbitt*, 117 Nev. 265, 268, 21 P.3d 11, 13 (2001)). Accordingly, we conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
    Pickering

_____, J.
    Gibbons

_____, J.
    Hardesty

18-22977

cc: Hon. Joseph Hardy, Jr., District Judge
David Shu
Wood, Smith, Henning & Berman, LLP/Las Vegas
Eighth District Court Clerk